IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| TIFFANY RICHARDSON and ANDREW RICHARDSON | § § § |
| V. | §   CIVIL ACTION NO. G-14-065 § |
| BENEFICIAL FINANCIAL I, INC. | § § |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On April 24, 2014, Magistrate Judge John R. Froeschner issued a Report and Recommendation in which he recommended that the "Motion to Dismiss" of Defendant, Beneficial Financial I, Inc., be granted. Judge Froeschner set May 9, 2014, as the deadline for the filing of objections, however, to date, none have been filed by either Party.

After appropriate review, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that Judge Froeschner's findings and recommendation are well-grounded in law and fact.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1) the Report and Recommendation of Magistrate Judge Froeschner is **APPROVED** and **ADOPTED** by this Court;

2) that the "Motion to Dismiss" (Instrument no. 7) of Defendant, Beneficial Financial I, Inc., is **GRANTED**; and

3)  that all claims asserted by Plaintiffs, Tiffany and Andrew Richardson, against Beneficial Financial I, Inc., are **DISMISSED with prejudice**.

**DONE** at Galveston, Texas, this _12th_ day of May, 2014.

_____
Gregg Costa
United States District Judge